JUDGE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR13-5412RJB |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING DEFENDANT'S |
| vs. | ) | UNOPPOSED MOTION TO |
| | ) | CONTINUE TRIAL DATE |
| REBECCA BJORNEBY, | ) | |
| Defendant. | ) | |

Based on the defendant's unopposed motion to continue the trial date in this matter, and the facts set forth in the affidavit of defense counsel Jerome Kuh in support of the motion, which are hereby incorporated by reference and adopted as findings of fact, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case.

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1  18 U.S.C. § 3161(h)(7)(B(ii).

2  4. Taking into account the exercise of due diligence, a continuance is necessary to

3  allow the defendant the reasonable time for effective preparation of his defense.

4  18 U.S.C. § 3161(h)(7)(B)(iv).

5  NOW, THEREFORE,

6  IT IS HEREBY ORDERED that the trial date is continued from December 16,

7  2013, to February 10, 2014, at 9:30 a.m.  The resulting period of delay up to and

8  including February 14, 2014, is hereby excluded for speedy trial purposes under 18

9  U.S.C. § 3161(h)(7)(A) and (B).

10  Pre-trial motions are due no later than January 23, 2014.

11  Pre-trial conference shall be on January 31, 2014,  at 8:30 am.

12  DONE this 4th day of December, 2013.

_____
Robert J Bryan
United States District Judge

Presented by:

s/ *Jerome Kuh*
Jerome Kuh
Attorney for Jerome Kuh

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**